UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-134-D-BM-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| BRIAN AUTRY, | ) | DOCKET ENTRY 1044 |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 1044, filed on July 29, 2025, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 1044, be sealed.

This **30** day of July, 2025.

THE HONORABLE JAMES C. DEVER III
United States District Judge