UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-134-D-BM-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| BRIAN AUTRY, ) | DOCKET ENTRY 1037 |
| ) | |
| Defendant. ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 1037, filed on July 25, 2025, is made for good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 1037, be sealed.

This __30__ day of July, 2025.

                                              THE HONORABLE JAMES C. DEVER, III
                                              United States District Court Judge