UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-134-D-BM-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| BRIAN AUTRY, | ) | DOCKET ENTRY 1141 |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 1141, filed on October 27, 2025, is made for good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 1141, be sealed.

This __27__ day of October, 2025.

_____
THE HONORABLE JAMES C. DEVER III
United States District Court Judge