UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-134-D-BM-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| BRIAN AUTRY, | ) | DOCKET ENTRY 1236 |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 1236, filed on April 22, 2026, is made for good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 1236, be sealed.

This **23** day of April, 2026.

THE HONORABLE JAMES C. DEVER III
United States District Court Judge