UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-134-D-BM-3

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| BRIAN AUTRY, | ) | DOCKET ENTRY 1272 |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court

Judge upon Motion to Seal Docket Entry Number 1272, filed on July 16, 2026, is made for

good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Docket Entry

Number 1272, be sealed.

This **16** day of July, 2026.

THE HONORABLE JAMES C. DEVER III
United States District Court Judge